JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIELA MARTINEZ LEMUS,<br><br>        Plaintiff,<br><br>v.<br><br>CROTHALL LAUNDRY SERVICES, INC., *et al.*,<br><br>        Defendant/s. | Case No. 5:24-cv-01912-CV (SHKx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br>**[DOC. # 28]** |

On June 30, 2025, the parties filed a Joint Stipulation for Dismissal With Prejudice of Entire Action Pursuant to Fed. R. Civ. P. Rule 41(A)(1)(A)(II)." Doc. # 30 ("Stipulation"). The parties seek dismissal of the entire action with prejudice with each party bearing their own attorney's fees and costs. The Court, having considered the Stipulation and good cause having been found, hereby GRANTS the Stipulation and hereby ORDERS that this case be dismissed in its entirety with prejudice and with respect to all parties, with each party bearing their own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: 7/30/25

*Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE

1